1  Warren L. Dranit (CA State Bar No. 160252)
   Karin P. Beam (CA State Bar No. 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:     (707) 524-1900
   Facsimile:     (707) 524-1906
5  Email: dranit@smlaw.com; beam@smlaw.com

6  Andrew W. Stroud  (CA State Bar No. 126475)
   Sarah Jane Fischer (CA State Bar No. 260807)
7  Mennemeier, Glassman & Stroud LLP
   980 9th Street, Suite 1700
8  Sacramento, CA 95814
   Telephone: (916) 553-4000
9  Facsimile: (916) 553-4011
   Email:  stroud@mgslaw.com
10
   Attorneys for Plaintiff
11 CALIX, INC.

12

13
                        U. S. DISTRICT COURT
14                EASTERN DISTRICT OF CALIFORNIA

15

16 CALIX, INC. a Delaware corporation,          Case No.:  2:11-cv-01481-GEB -CMK

17       Plaintiff,

18  vs.                                          STIPULATION FOR SECOND
                                                 EXTENSION OF TIME FOR ARRIS TO
19 ARRIS GROUP, INC., a Delaware corporation,    RESPOND TO COMPLAINT; ORDER
   and Does 1-18,
20                                               Local Rule 144

21       Defendants.

22

23       On June 2, 2011, defendant ARRIS Group, Inc. ("AGI") was served with the Complaint in

24 the above referenced matter.

25       Initially, AGI's last day to respond to the Complaint was June 23, 2011.  However, plaintiff

26 Calix, Inc. and AGI stipulated to a 28 day extension for AGI to respond to the Complaint so that the

27 parties could continue their settlement discussions.  Pursuant to Local Rule 144, AGI's last day to

28 respond to the Complaint was extended to July 21, 2011.  No other extensions have been granted.

                                             1

1        The parties continue to actively engage in settlement discussions.  Plaintiff and AGI have

2  stipulated to extend the time for AGI to respond to the Complaint so that settlement discussions may

3  continue and to avoid the unnecessary expenditure of costs and judicial resources.  Pursuant to the

4  stipulation, the parties request the Court extend AGI's last day to respond to the Complaint to and

5  including Monday, August 22, 2011.

6

7  DATED:  July 19, 2011                              SPAULDING McCULLOUGH & TANSIL LLP
                                                      Attorneys for Plaintiff CALIX, INC.
8

9
                                                      By:        /Warren L. Dranit/
10                                                              Warren L. Dranit

11

12

13                                                    ORDER

14

15  It is so ordered.

16

17  DATED: July 20, 2011

18  _____
    GARLAND E. BURRELL, JR.
19  United States District Judge

20

21

22

23

24

25

26

27

28

                                                   2